Christopher Love WILLIAMS,
Plaintiff–Appellant,

v.

Jon OZMINT, SCDC Director; Robert Ward, Division Director; David M. Tatarsky, General Counsel; Carl Frederick; J. Dunlap; Debbie Barnwell, Division of Investigations; Sandra Bowie, IGC Headquarters; L. Carrington, IGC Lieber Correctional Institution; V. Jenkins, IGC Lieber Correctional Institution; K. Hill; M. Drayton, Registered Nurse; S. Rosanio, Registered Nurse; E. Gadsin, Registered Nurse; M. Infinger, Registered Nurse; Male Registered Nurse, Lieber Correctional Institution; Nurse Cooper, Registered Nurse; N. Gilmore, Nurse, Perry Correctional Institution; Stan Burtt, Warden; Asst. Warden Bodison; Warden Bazzle; Associate Warden Clayton; Associate Warden McKie; B.J. Thomas, Inmate Representative; J. Buncomb, Lieutenant; Officer McGee, Lieber

Correctional Institution; T. Forde, Sergeant; Sergeant Stanford, Lieber Correctional Institution; M. Bryant, Corporal; Sergeant Jones, Lieber Correctional Institution; C. Brooks, Corporal; L. Wilson, Sergeant; Palmer, Corporal; L. Mathis, Officer, Lieber Correctional Institution; John Does, Officers, Lieber Correctional Institution Extraction Team; W. Jamison, Corporal; Correctional Officer Smith; E. Skipper, Sergeant; Captain Whitten, Lieber Correctional Institution; D. Rowe, Disciplinary Hearing Officer; Officer Summers, Kirkland Correctional Institution; Lieutenant Peeples, Kirkland Correctional Institution; Officer Fleming, Corporal, Perry Correctional Institution; Officer Rose, Kirkland Correctional Institution; Officer Williams, Kirkland Correctional Institution; Officer Price, Kirkland Correctional Institution; E. Quattlebaum, Sergeant; Captain Mauney, Perry Correctional Institution; W. Byrd, Lieutenant; J. Williams, Officer, Perry Correctional Institution; J. Johnson, Officer; J. Randall, Captain; Sergeant Stringer, Perry Correctional Institution; Officer Golden, Perry Correctional Institution; Warden Anthony, Lee Correctional Institution; Major Hughes, Lee Correctional Institution; Jane Doe 1, Property Control Officer of Lee County; Jane Doe 1, IGC Lee County; John Doe, Sergeant, Perry Correctional Institution Transportation; Y. Blowe, Mailroom Supervisor; Mr. Stevens, Mailroom Supervisor; Officer James, Kirkland Correctional Institution; J.C. Brown, Disciplinary

Hearing Officer; J. Peck, Commissary Official at Kirkland MSU; American Amenities Incorporated; H. Boatman, Defendants–Appellees.

No. 08–6952.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2008.

Decided: Aug. 11, 2008.

Christopher Love Williams, Appellant Pro Se. John Eric Kaufmann, Daniel Roy Settana, Jr., McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Love Williams seeks to appeal the district court's order adopting the magistrate judge's report and recommendation and granting summary judgment in favor of Defendant American Amenities, Inc.; claims against other Defendants remain pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*